# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             CASE NO: 8:10-cr-82-T-30MAP

ANTONIO BROOME,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Government's Motion for Reduction in Sentence Pursuant to Rule 35 of the F.R.C.P. (Doc No. 158) requesting a two-level reduction in the Defendant's sentence.

The Court determined the advisory guideline range at Defendant's original sentencing hearing as total offense level 34, criminal history category VI, with a guideline imprisonment range of 262-327 months. Additionally, the Court granted Government's 5K.1 motion for downward departure and departed 5 levels. The Court imposed a sentence of one hundred and fifty-one (151) months.

On July 30, 2015, the Court granted Defendant's Motion for Reduction in Sentence pursuant to Rule 35 of th F.R.C.P. (Doc No. 139) and Government's Motion for Reduction in Sentence pursuant to Rule 35 of the F.R.C.P. (Doc No. 141) and determined the advisory guideline range as total offense level 23, criminal history category VI, with a guideline imprisonment range of 92-115 months. The Court reduced Defendant's term of imprisonment from 151 months to 92 months under separate order.

The Court, having reviewed the Government's Rule 35 motion concludes that the motion should be granted. In calculating the defendant's reduced sentence, the total offense

level is 21, criminal history VI, with a guideline range of 77-96 months. The Court will impose a sentence at the bottom of the guideline range and sentence the defendant to seventy-seven (77) months.

It is therefore ORDERED AND ADJUDGED that:

1. The Government's Motion for Reduction in Sentence Pursuant to Rule 35 of the F.R.C.P. (Doc No. 158) is GRANTED. The Court departs two-levels. Defendant's amended term of imprisonment is seventy-seven (77) months.

2. An amended judgment will be entered separately from this order.

3. Defendant's Motion to Reduce Sentence pursuant to Rule 35 (Doc No. 151) is terminated as moot.

**DONE** and **ORDERED** in Tampa, Florida on May 25, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record